CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) Criminal Number 07-158-1 (JR)<br>)<br>)<br>) |
| MATTHEW A. FIELDS | ) Category  B<br>)<br>) |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on September 4, 2007 from Judge Colleen Kollar-Kotelly to Judge James Robertson by direction of the Calendar Committee.

(Reassigned by consent)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Kollar-Kotelly & Courtroom Deputy
      Judge Robertson & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Criminal Case Processing Clerk ✓
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk