IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL DIVISION)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No.: 07-158 |
| | * | |
| MATTHEW A. FIELDS | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO CONTINUE SCHEDULED MOTIONS HEARING DATE**

**COMES NOW,** Matthew A. Fields, through undersigned counsel, respectfully moves this Honorable Court to continue the scheduled motions hearing date. In support of this motion counsel states the following:

1. Mr. Fields is currently before this Court charged with one count of Possession with the Intent to Distribute 5 grams or more of Cocaine Base, one count of Possession with the Intent to Distribute Marijuana, one count of Possession with the Intent to Distribute Esctasy, one count of Possession of a Weapon during a Crime of Violence.

2. The above referenced case is scheduled for a motions hearing on October 26, 2007.

3. Counsel was unable to be present in this Honorable Court when the above referenced motions hearing date was set because counsel was before Judge Walton in the United States District Court for the District of Columbia.

4. Counsel is still currently in trial before Judge Walton in the United States District Court for the District of Columbia.

5. Consequently, counsel will not be able to be present at the motions hearing set for October 26, 2007 nor is counsel prepared to go forward with the motion hearing.

6. Counsel has spoken to the Government and they do not oppose this motion.

**WHEREFORE**, for the reasons noted above, Mr. Fields through undersigned counsel, respectfully requests that this Honorable Court grant this motion.

Respectfully Submitted,

/s/
Rudolph Acree, Jr.
1211 Connecticut Ave., N.W.
Suite 506
Washington, D.C. 20036
(202) 331-1961

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 23rd day of October 2007, I caused a true and correct copy of the foregoing motion to continue the scheduled motions hearing date to be delivered to all parties in this matter via Electronic Case Filing (ECF).

IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL DIVISION)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Criminal No.: 07-158** |
| | * | |
| **MATTHEW A. FIELDS** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

UPON CONSIDERATION of the Defendant's Motion to Continue the Scheduled Motions Hearing Date, it is this _____ day of _____, 2007, hereby

ORDERED, that the Defendant's motion is therefore GRANTED.

_____
Honorable Judge Robertson