FILED

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL DIVISION)

UNITED STATES OF AMERICA    *
                            *
v.                          *    Criminal No.: 07-158 (JR)
                            *
MATTHEW A. FIELDS           *
                            *

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of the Defendant's Motion to Continue the Scheduled Motions Hearing Date, it is this __23rd__ day of __October__, 2007, hereby

ORDERED, that the Defendant's motion is therefore GRANTED.

_____
Judge Robertson
United States District Judge