Notice of Appeal Criminal

CO-290
Rev. 3/88

## United States District Court for the District of Columbia

| UNITED STATES OF AMERICA | ) |
| vs | ) Criminal No. 07-CR-00158 (JR) |
| MATTHEW A. FIELDS | ) |

**NOTICE OF APPEAL**

**FILED**
DEC 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant          United States of America

Name and address of appellant's attorney     Roy W. McLeese III
United States Attorney's Office
Room 8104
555 4th Street, NW
Washington, DC 20530

Offense: 21 U.S.C. 841(a)(1), 841(b)(1)(B)(iii), 841 (b)(1)(D), 841(b)(1)(C) and 18 U.S.C. 924(c)(1)

Concise statement of judgment or order, giving date, and any sentence

Order of November 28, 2007, entered on the docket on November 30, 2007, orally granting defendant Field's motion to suppress evidence of September 11, 2007.

Name and institution where now confined, if not on bail:

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

12/28/2007                            United States of America
DATE                                  APPELLANT

                                      _Roy W. McLeese III / ET_
CJA, NO FEE ___N/A___                 ATTORNEY FOR APPELLANT
PAID USDC FEE Gov't appeal
PAID USCA FEE Gov't appeal
Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? Yes
Is this appeal pursuant to the 1984 Sentencing Reform Act? No

ORIGINAL

/0

```
                                                                  CO-290
Notice of Appeal Criminal                                       Rev. 3/88
```

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of December, 2007, one copy of the foregoing Government's Notice of Appeal was sent by first-class U.S. Mail to counsel for Matthew A. Fields:

Rudolph Acree, Esq.
Suite 303
1211 Connecticut Avenue, NW
Washington, DC 20036

*/s/ Elizabeth Trosman*
_____
ELIZABETH TROSMAN
Assistant United States Attorney
555 4th Street, NW, Room 8104
Washington, DC 20530
(202) 514-7088