UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. No. 07-CR-00158 (JR) |
| : | |
| MATTHEW A. FIELDS : | **FILED** |
| : | DEC 2 8 2008 |
| _____ : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### CERTIFICATION

On December 28, 2007, the United States of America noted an appeal from the Court's Order of November 28, 2007, entered on the docket on November 30, 2007, granting defendant Field's motion to suppress evidence. Pursuant to 18 U.S.C. § 3731, the United States hereby certifies that the appeal is not taken for purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

Respectfully submitted,

_Jeffrey A. Taylor/ET_
JEFFREY A. TAYLOR
United States Attorney

_Roy W. McLeese III/ET_
ROY W. McLEESE III
Assistant United States Attorney

_Elizabeth Trosman_
ELIZABETH TROSMAN
Assistant United States Attorney

ORIGINAL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Certification has been mailed to counsel for appellee Matthew A. Fields: Rudolph Acree, Esq., Suite 303, 1211 Connecticut Avenue, NW, Washington, DC 20036, on this 28th day of December, 2007.

*Elizabeth Trosman*
ELIZABETH TROSMAN
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 514-7090