# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-3003**                              **September Term, 2007**

07cr00158

**FILED**                          Filed On:

JAN 3 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States of America,
        Appellant

v

Matthew A. Fields,
        Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    JAN 2 9 2008

**CLERK**

## O R D E R

Upon consideration of appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Mark Butler
Deputy Clerk

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk