UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MATTHEW FIELDS,**<br>      **Defendant.** | Crim. No. 07-158 (JR) |

### GOVERNMENT'S MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court dismiss the indictment in the above-styled case without prejudice.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____
JOCELYN S. BALLANTINE
CA BAR NUM. 208267
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4237
Washington, D.C. 20530
(202) 514-7533
Email: Jocelyn.Ballantine2@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **MATTHEW FIELDS,** <br>         **Defendant.** | Crim. No. 07-158 (JR) |

**ORDER**

The Court having considered the Government's motion to dismiss and upon finding it appropriate to do so, it is ORDERED this _____ day of _____ 2008, that the indictment in the above-styled case be dismissed without prejudice.

_____
JAMES ROBERTSON
Judge, United States District Court for the District of Columbia

copies to:

Jocelyn Ballantine
Assistant United States Attorney
Federal Major Crimes Section
555  Fourth Street, N.W., Room 4237
Washington, D.C. 20530
Fax: 202-514-6010
Email: Jocelyn.Ballantine2@usdoj.gov

Rudy Acree

1211 Connecticut Avenue, N.W., Suite 303
Washington, DC 20036
Fax: (202) 331-7004
Email: racree30@aol.com