UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MATTHEW FIELDS,**<br>     **Defendant.** | Crim. No. 07-158 (JR) |

**GOVERNMENT'S MOTION TO DISMISS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court dismiss the indictment in the above-styled case without prejudice.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

_____
JOCELYN S. BALLANTINE
CA BAR NUM. 208267
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4237
Washington, D.C. 20530
(202) 514-7533
Email: Jocelyn.Ballantine2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MATTHEW FIELDS,**<br>          **Defendant.** | Crim. No. 07-158 (JR) |

**ORDER**

The Court having considered the Government's motion to dismiss and upon finding it appropriate to do so, it is ORDERED this _____ day of _____ 2008, that the indictment in the above-styled case be dismissed without prejudice.

_____
JAMES ROBERTSON
Judge, United States District Court for the
District of Columbia

copies to:

Jocelyn Ballantine
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4237
Washington, D.C. 20530
Fax: 202-514-6010
Email: Jocelyn.Ballantine2@usdoj.gov

Rudy Acree

1211 Connecticut Avenue, N.W., Suite 303
Washington, DC 20036
Fax: (202) 331-7004
Email: racree30@aol.com