UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB
~~JAN~~ 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | Crim. No. 07-158 (JR) |
|---|---|
| v. | |
| MATTHEW FIELDS,<br>Defendant. | |

### ORDER

The Court having considered the Government's motion to dismiss and upon finding it appropriate to do so, it is ORDERED this ___ day of _____ 2008, that the indictment in the above-styled case be dismissed without prejudice.

_____
JAMES ROBERTSON
United States District Judge

copies to:

Jocelyn Ballantine
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4237
Washington, D.C. 20530
Fax: 202-514-6010
Email: Jocelyn.Ballantine2@usdoj.gov

Rudy Acree
1211 Connecticut Avenue, N.W., Suite 303
Washington, DC 20036
Fax: (202) 331-7004
Email: racree30@aol.com